## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                   Plaintiff,

          vs.

Oscar Martin ROBLES-DE LA MORA,

                                   Defendant.

Case No. 25-CR-00363-LL

JUDGMENT OF DISMISSAL

**FILED**

AUG 2 8 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐    the Court has dismissed the case for unnecessary delay; or

☒    the Court has granted the motion of the Government for dismissal, without prejudice; or

☐    the Court has granted the motion of the defendant for a judgment of acquittal; or

☐    a jury has been waived, and the Court has found the defendant not guilty; or

☐    the jury has returned its verdict, finding the defendant not guilty;

☒    of the offense(s) as charged in the Indictment/Information:

   8:1324(a)(1)(A)(ii) - Transportation of Certain Aliens and Aiding and Abetting (Felony)

Dated:    8/28/2025

Hon. Michelle M. Pettit
United States Magistrate Judge